Diane Aqui, SBN: 217087
Antonio L. Cortés, SBN: 142356
daqui@smithdollar.com
acortes@smithdollar.com
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101

Attorneys for Plaintiff
BRANDON GORUP

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GORUP,<br><br>     Plaintiff,<br><br>v.<br><br>JOHN RIGGO, LUCKY STORES, INC., LUCKY STORES, INC. (FL), UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 5,<br><br>     Defendants. | CASE NO.: 3:16-CV-02419-HSG<br><br>ORDER **DENYING** PLAINTIFF'S ADMINISTRATIVE MOTION FOR EXPEDITED HEARING AND CONSIDERATION OF HIS MOTION TO REMAND THIS ACTION TO STATE COURT OR, IN THE ALTERNATIVE, TO STAY BRIEFING ON DEFENDANTS' MOTION TO DISMISS<br><br>[LR 7-11]<br><br>Judge:   Honorable Haywood S. Gilliam, Jr.<br><br>Complaint Filed: April 5, 2016<br>Trial Date: |

Having considered Plaintiff's Administrative Motion for Expedited Hearing and Consideration of his Motion to Remand this Action to State court or, in the alternative, to Stay Briefing on Defendants' Motions to Dismiss, and any oppositions thereto, Plaintiff's Administrative Motion is hereby **DENIED** by the Court.

Dated: May 20, 2016

_____
Hon. Haywood S. Gilliam, Jr.
District Court Judge

531941

- 1 -
(PROPOSED) ORDER